ROBERT E. BELSHAW (CABN 142028)
1208 Vincente Street
San Francisco, California 94116
Telephone: (415) 956-9590
Email: rob@belshawlaw.com

Attorney for Plaintiff

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
ABRAHAM A. SIMMONS (CABN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7264
    FAX: (415) 436-7234
    Abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES ARMY<br><br>    Defendant. | CASE NO. CV 14-2168 VC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** AS MODIFIED<br><br>Date:     September 30, 2014<br>Time:     10:00 a.m.<br>Place:     Courtroom 14, 17th Floor<br>Before:   Hon. Vince Chhabria |

SUPPLEMENTARY JOINT CMC STATEMENT
AMERICAN SMALL BUSINESS LEAGUE V. ARMY
CV 14-2168 VC                                 1

**JOINT CASE MANAGEMENT STATEMENT**

Following the Case Management Conference of August 26th, 2014, Plaintiff American Small Business League ("Plaintiff") and defendant the United States Army, (the "Federal Defendant") (collectively "the Parties") have continued to confer in an effort to resolve this matter. The Parties through counsel have been diligently working on defining and describing the requested documents and the scope of the request. The Federal Defendant has located and produced one of the two requested documents. However, additional time is required in order to locate and make a determination concerning any FOIA exemption which may apply to the remaining document.

Both Parties will be prepared to discuss the status of the case at a Case Management Conference currently set for September 30. However, because a resolution or a clear definition of the outstanding issues is highly probable in the near future, the Parties request that the Case Management Conference be continued for an additional two weeks until October 14th 2014.

| | |
|---|---|
| LAW OFFICE OF ROBERT E. BELSHAW | MELINDA HAAG<br>United States Attorney |
| __s/ Robert Belshaw_____<br>ROBERT E. BELSHAW<br>Attorney for Plaintiff | _s/ Abraham Simmons _____<br>ABRAHAM SIMMONS<br>Assistant United States Attorney<br>Attorneys for Federal Defendant |

[~~PROPOSED~~] **ORDER**   AS MODIFIED

The Case Management Conference in this matter is continued until October 14, 2014 at 10:00 A.M. in Courtroom 4 of this Court. No further continuances of the case management conference will be granted.

IT IS SO ORDERED.

Dated: September 26, 2014

_____
The Honorable Vince Chhabria
United States District Judge

SUPPLEMENTARY JOINT CMC STATEMENT
AMERICAN SMALL BUSINESS LEAGUE V. ARMY
CV 14-2168 VC                                           2