UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY,<br><br>            Defendant. | Case No.  14-cv-02168-VC<br><br>**ORDER TO SHOW CAUSE** |

A case management conference was held today in this case. Counsel for the plaintiff, American Small Business League, did not appear. Accordingly, this case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) unless the counsel for the plaintiff personally appears at the next case management conference, which has been scheduled for Tuesday, October 21, 2014 at 10:00 a.m. If counsel for the plaintiff does appear, he should be prepared to demonstrate that he has prosecuted the case with diligence up to this point.

**IT IS SO ORDERED**.

Dated: October 14, 2014

_____
VINCE CHHABRIA
United States District Judge