ROBERT E. BELSHAW (CABN 142028)
1208 Vincente Street
San Francisco, California 94116
Telephone: (415) 956-9590
Email: rob@belshawlaw.com

Attorney for Plaintiff

MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
ABRAHAM A. SIMMONS (CABN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7264
    FAX: (415) 436-7234
    Abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, ) | CASE NO. CV 14-2168 VC |
| ) | |
|     Plaintiff, ) | **STIPULATED DISMISSAL AND** |
| ) | **[PROPOSED] ORDER** |
|   v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) | |
| ARMY, ) | |
| ) | |
|     Defendant. ) | |

AMERICAN SMALL BUSINESS LEAGUE V. ARMY
CV 14-2168 VC                                            1

1  Pursuant to Federal Rule 41(a)(1) Plaintiff hereby dismisses with prejudice all claims brought in
2  the Complaint filed in this action on May 12, 2014.  The parties request that the Court reserve
3  jurisdiction over this matter solely for the purpose of adjudicate the issue of attorney's fees; any motion
4  on the issue of attorney's fees to be filed on or before January 27, 2015.

                                                                        MELINDA HAAG
                                                                         United States Attorney

\_\_/s/ Robert Belshaw_____       \_/s/ Abraham Simmons \_\_\_\_\_
ROBERT E. BELSAHW                          ABRAHAM SIMMONS
Attorney for Plaintiff                                     Assistant United States Attorney
                                                                         Attorneys for Federal Defendant

## **[PROPOSED] ORDER**

IT IS SO ORDERED.  All claims in this action are dismissed with prejudice.  Each party will bear its own costs.  Any motion for attorney's fees shall be filed on or before January 27, 2015.

Dated this \_\_\_\_ day of January, 2015.

                                                    _____
                                                    VINCE CHHABRIA, DISTRICT JUDGE
                                                     UNITED STATES DISTRICT COURT