1  ROBERT E. BELSHAW (CABN 142028)
   1208 Vincente Street
2  San Francisco, California 94116
   Telephone: (415) 956-9590
3  Email: rob@belshawlaw.com

4  Attorney for Plaintiff

5

6  MELINDA HAAG (CABN 132612)
   United States Attorney
7  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
8  ABRAHAM A. SIMMONS (CABN 146400)
   Assistant United States Attorney

9      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
10     Telephone: (415) 436-7264
       FAX: (415) 436-7234
11     Abraham.simmons@usdoj.gov

12 Attorneys for Federal Defendant

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

17 AMERICAN SMALL BUSINESS LEAGUE,   )  CASE NO. CV 14-2168 VC
                                     )
18        Plaintiff,                 )  **STIPULATION REGARDING BRIEFING**
                                     )  **SCHEDULE FOR PLAINTIFF'S PETITION**
19        v.                         )  **RE ATTORNEY'S FEES; [PROPOSED] ORDER**
                                     )  AS MODIFIED
20 UNITED STATES DEPARTMENT OF THE   )
   ARMY                              )  Motion Hearing Date:   March 12, 2015
21                                   )  Time:                  10:00 a.m.
          Defendant.                 )  Place:                 Courtroom 4, 17th Fl.
22                                   )  Before:                Hon. Vince Chhabria

23

24                              **STIPULATION**

25    Whereas, Plaintiff American Small Business League ("Plaintiff") filed this action pursuant to the

26 Freedom of Information Act on May 12, 2014;

27    Whereas, Plaintiff and Defendant United States Department of the Army (collectively, "the Parties")

28 STIPULATION EXTENDING TIME TO FILE OPPOSITION
   AMERICAN SMALL BUSINESS LEAGUE V. ARMY
   CV 14-2168 VC                           1

1  filed a Joint Motion to Dismiss the matter on January 7, 2015 and this Court filed an Order granting the
2  motion on January 8, 2015;

3  Whereas, Plaintiff filed a Petition for Attorney's fees on January 20, 2015 in order to get the motion
4  on file prior to the deadline notwithstanding Plaintiff's counsel's plan to be on vacation in the last two
5  weeks of January;

6  Whereas, Plaintiff scheduled the hearing on the Petition for March 12, 2015, in part to allow the
7  Parties additional time to meet and confer regarding attorney's fees;

8  Whereas, the Parties request additional time to meet and confer regarding the pending petition in an
9  effort to resolve the Petition and in hopes that the petition can be resolved without further involvement
10 by the Court;

11 The Parties hereby **Agree and Stipulate** to extend the time for Defendant to respond to the petition
12 until February 17, 2015.

| | |
|---|---|
| LAW OFFICE OF ROBERT E. BELSHAW | MELINDA HAAG<br>United States Attorney |
| __s/ Robert Belshaw_____<br>ROBERT E. BELSHAW<br>Attorney for Plaintiff | _s/ Abraham Simmons _____<br>ABRAHAM SIMMONS<br>Assistant United States Attorney<br>Attorneys for Federal Defendant |

### [PROPOSED] ORDER  AS MODIFIED

The stipulation is approved.  Defendant shall file its opposition to Plaintiff's petition for attorney's fees on or before February 17, 2015.  The hearing date will remain the same.

**IT IS SO ORDERED.**

Dated: February 4, 2015

_____
The Honorable Vince Chhabria

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

STIPULATION EXTENDING TIME TO FILE OPPOS
AMERICAN SMALL BUSINESS LEAGUE V. ARMY
CV 14-2168 VC