ROBERT E. BELSHAW (CABN 142028)
1208 Vincente Street
San Francisco, California 94116
Telephone: (415) 956-9590
Email: rob@belshawlaw.com

Attorney for Plaintiff


MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
ABRAHAM A. SIMMONS (CABN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7264
    FAX: (415) 436-7234
    Abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY<br><br>    Defendant. | CASE NO. CV 14-2168 VC<br><br>**SECOND STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S PETITION RE ATTORNEY'S FEES; [PROPOSED] ORDER**<br><br>Motion Hearing Date: March 12, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 4, 17th Fl.<br>Before: Hon. Vince Chhabria |

## STIPULATION

Whereas, Plaintiff American Small Business League ("Plaintiff") filed this action pursuant to the Freedom of Information Act on May 12, 2014;

Whereas, Plaintiff and Defendant United States Department of the Army (collectively, "the Parties")

STIPULATION EXTENDING TIME TO FILE OPPOSITION
AMERICAN SMALL BUSINESS LEAGUE V. ARMY
CV 14-2168 VC                  1

1  filed a Joint Motion to Dismiss the matter on January 7, 2015 and this Court filed an Order granting the
2  motion on January 8, 2015;
3    Whereas, Plaintiff filed a Petition for Attorney's fees on January 20, 2015 in order to get the motion
4  on file prior to the deadline notwithstanding Plaintiff's counsel's plan to be on vacation in the last two
5  weeks of January;
6    Whereas, Plaintiff scheduled the hearing on the Petition for March 12, 2015, in part to allow the
7  Parties additional time to meet and confer regarding attorney's fees;
8    Whereas, the Parties have conferred and agree in principle on a procedure to for resolving the
9  Petition and request and additional 48 hours to either reach agreement or present Plaintiff's petition to
10 the Court;
11    The Parties hereby **Agree and Stipulate** and respectfully request the Court to extend the time for
12 Defendant to respond to the petition until February 19, 2015.

|  |  |
|---|---|
| LAW OFFICE OF ROBERT E. BELSHAW | MELINDA HAAG<br>United States Attorney |
| __s/ Robert Belshaw_____<br>ROBERT E. BELSHAW<br>Attorney for Plaintiff | _s/ Abraham Simmons _____<br>ABRAHAM SIMMONS<br>Assistant United States Attorney<br>Attorneys for Federal Defendant |

### [~~PROPOSED~~] ORDER

The stipulation is approved. Defendant shall file its opposition to Plaintiff's petition for attorney's fees on or before February 19, 2015. The date of the hearing shall not be changed.

**IT IS SO ORDERED.**

Dated: February 18, 2015

_____
The Honorable Vince Chhabria
United States District Judge

STIPULATION EXTENDING TIME TO FILE OPPOSITION
AMERICAN SMALL BUSINESS LEAGUE V. ARMY
CV 14-2168 VC                              2