ROBERT E. BELSHAW (CABN 142028)
1208 Vincente Street
San Francisco, California 94116
Telephone: (415) 956-9590
Email: rob@belshawlaw.com

Attorney for Plaintiff


MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
ABRAHAM A. SIMMONS (CABN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7264
    FAX: (415) 436-7234
    Abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY<br><br>    Defendant. | Case No. CV **14-2168 VC**<br><br>**SETTLEMENT AGREEMENT AND RELEASE** |

In consideration of the terms set forth in this Settlement Agreement and the covenants and conditions contained herein (the "Agreement"), Plaintiff American Small Business League (the "Plaintiff") and Defendant U.S. Department of the Army ("Defendant"), by and through their undersigned counsel, hereby agree as follows:

WHEREAS, this action, alleging violations of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, was filed on May 12, 2014;

WHEREAS, Plaintiff's May 28, 2010 records request upon which this suit is based (hereinafter the "May 28, 2010 FOIA request") sought two documents alleged to be in possession of the Defendant;

WHEREAS, on August 11, 2014, Defendant, produced to Plaintiff a document entitled "Subcontracting Report for Individual Contracts" that the Parties agree is responsive to Plaintiff's request for the first document;

WHEREAS, the Parties have agreed that the declaration of Maria Martinez submitted to Plaintiff on December 31, 2014 demonstrates a sufficient good faith search for records responsive to Plaintiff's request for the second document;

WHEREAS, on January 8, 2015, the Court issued an order granting the Parties' stipulation and proposed order dismissing the merits of this lawsuit and reserving the issue of attorneys' fees and costs; and

WHEREAS, after good faith negotiations, the Parties have agreed to forego any further litigation and to resolve this matter including all claims that were made or could have been made in Plaintiffs' May 12, 2014, Complaint;

IT IS HEREBY AGREED AS FOLLOWS:

1. <u>Settlement payment.</u>  The Parties agree that Defendant shall pay Plaintiffs reasonable attorney's fees in the amount of twenty-five thousand dollars and no cents ($25,000.00).  Payment shall be made as soon as practicable, consistent with the normal processing procedures followed by the Department of the Army, and the Department of Treasury following the Court's execution of the order approving this settlement by transmitting an Electronic Funds Transfer ("EFT) or by a check payable to Client Trust Account, Law Offices of Robert E Belshaw.

2. <u>Release.</u>  The Parties agree that upon the execution of this Agreement, Plaintiffs hereby release and forever discharge Defendant, and its successors, the United States of America, and any department, agency, or establishment, from any and all claims and causes of action that Plaintiffs asserted or could have asserted in connection with Plaintiff's May 28, 2010 FOIA request.

3. <u>No admission of liability.</u>  The Parties acknowledge that this Agreement is entered into solely for the purpose of settling and compromising any claims in this action without further litigation, including any appeals, and avoiding expense and risk of such further litigation.  Therefore, this Agreement is not intended and shall not be construed as an admission by any party of the truth of any allegation or the validity of any claim asserted in this action. This Agreement shall not be used in any manner to establish liability for fees, amounts, or hourly rates in any other case or proceeding. In addition, the Parties agree that none of the facts as alleged in the Complaint filed May 12, 2014, shall be included in any subsequent action to serve as the basis for a claim that defendants are or have engaged in a pattern and practice of violating the Freedom of Information Act or other laws.

SO STIPULATED, this 20th day of February, 2015.

| | |
|---|---|
| ROBERT BELSHAW | MELINDA HAAG<br>United States Attorney |
|   s/ Robert Belshaw_____<br>Robert Belshaw<br>Attorney for Plaintiff |  s/Abraham Simmons_____<br>ABRAHAM SIMMONS<br>Assistant United States Attorney<br>Attorneys for Federal Defendant |

SETTLEMENT AGREEMENT AND RELEASE
*14-2168 VC*

3